IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| JOSHUA RITTER, *an individual*, § <br> § <br> *Plaintiff,* § <br> § <br> VS. § <br> § <br> SHELBY COUNTY, TEXAS, § <br> HON. KARREN S. PRICE, *in her* § <br> *official and individual capacities,* AND § <br> HON. JOHNIE L. PRICE, *in his official* § <br> *and individual capacities*, § <br> § <br> *Defendants.* § | CIVIL ACTION NO. 9:22-CV-00197 <br> JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Plaintiff has filed a Notice with the Court seeking a dismissal without prejudice as to his claims against Defendants in the above-styled case. [Dkt. 2].

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED** this 12th day of April, 2023.

Michael J. Truncale
United States District Judge